# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **HOLLY PETERSEN,** | Case No. 21-cv-3025 |
| Plaintiff, | |
| vs. | **DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT** |
| **W.W. GRAINGER INC. and MATT OLSON, ANN CRILLY, and SHANNON MUSSA in their individual and professional capacities,** | (REMOVED FROM BLACK HAWK COUNTY, IOWA; CASE NO. LACV143108) |
| Defendants. | |

Under 28 U.S.C. §§ 1331, 1332, 1441, and 1446, Defendants W.W. Grainger Inc., Matt Olson, Ann Crilly and Shannon Mussa ("Defendants") remove to the United States District Court for the Northern District of Iowa, Central Division, the action entitled *Holly Petersen v. W.W. Grainger Inc. and Matt Olson, Ann Crilly and Shannon* Mussa, Case No. LACV143108, which is currently pending in the District Court in and for Black Hawk County, Iowa.

As grounds for removal, Defendants state as follows:

1. Plaintiff Holly Petersen ("Petersen" or "Plaintiff") sued Defendants by filing her state-court Petition on July 1, 2021, in the District Court of Black Hawk County. The Petition was served on July 27, 2021. As required under § 1446(a) and Local Rule 81, copies of all process, pleadings, and orders served are attached as Exhibit A.

2. No further proceedings have been had in this action, nor have any other processes, pleadings, or orders been served on Defendants.

3. Plaintiff's Petition alleges employment discrimination on the basis of pregnancy, sex and failure to hire in violation of the Iowa Civil Rights Act.

4. Under 28 U.S.C. §§ 1441 and 1446, removal is timely if it is filed within 30 days after a defendant is served with a summons and the initial pleading. Defendants are timely filing this removal.

5. This is a civil action over which this Court also has original jurisdiction under 28 U.S.C. § 1332 (diversity).

**DIVERSITY JURISDICTION**

6. This Court also has diversity jurisdiction over this case under 28 U.S.C. § 1332.

7. Plaintiff Holly Petersen is a citizen of Iowa.

8. Defendant W.W. Grainger Inc. is an Illinois corporation with a principal place of business in Lake Forest, Illinois. Thus, under 28 U.S.C. § 1332, Defendant is not a citizen of Iowa.

9. Defendants Matt Olson, Ann Crilly, and Shannon Mussa are all citizens of Illinois.

10. Therefore, complete diversity exists between the named parties under 28 U.S.C. § 1332, as no Defendant is a citizen of the same state as Plaintiff.

11. Further, the standard for determining whether a plaintiff's claim meets the amount in controversy is whether the district court finds, by a preponderance of the evidence, that the amount in controversy is greater than $75,000. 28 U.S.C. § 1446(c)(2)(B).

12. Courts generally may consider actual, compensatory, punitive damages, and attorney fees in determining whether the amount in controversy exceeds $75,000. *See Allison v. Sec. Ben. Life Co.*, 980 F.2d 1213, 1215 (8th Cir. 1992); *Capital Indem. Corp. v. Miles*, 978 F.2d 437, 438 (8th Cir. 1992); see also 28 U.S.C. § 1446(c)(2)(A)(i).

13. Here, Plaintiff's alleged damages include "compensatory damages, emotional

distress damages, lost wages, benefits, future earnings and other emoluments of employment." Plaintiff further seeks attorney fees.

14. Although Plaintiff's Petition does not allege a specific amount of total damages sought, Defendants believe in good faith that (without any admission as to the merits of Plaintiff's allegations) that the total amount in controversy exceeds the jurisdictional amount of $75,000 set forth in 28 U.S.C. § 1332(a) based upon the allegations in his Petition.

15. Defendants vigorously oppose Plaintiff's claimed entitlement to attorney's fees, expenses, and costs, but those allegations by Plaintiff also ensure that the amount in controversy exceeds $75,000. Claimed attorney's fees must be considered when determining whether the amount in controversy exceeds $75,000. *See Wal-Mart Stores, Inc. v. Barton*, 223 F.3d 770, 770-74 (8th Cir. 2000) (upholding the district court's award of $106,832.60 in attorney fees).

16. Thus, Plaintiff's Petition seeks more than $75,000, which satisfies the amount in controversy requirement set forth in 28 U.S.C. § 1332(a). This Court has diversity jurisdiction because the parties are diverse and the amount in controversy exceeds $75,000.

17. Additionally, on the same date as this notice was signed, Defendants filed a copy of this Notice of Removal with the Clerk of the District Court in and for Black Hawk County, Iowa (*see* Exhibit B – Notice of Filing of Notice of Removal), the district in which this action was commenced and pending at the time this Notice of Removal was filed with this Court.

18. Consistent with Local Rule 81, Defendants are providing a list of all matters pending in state court that will require resolution by this Court (*see* Exhibit C – List of Matters Pending in State Court). Specifically, *Holly Petersen v. W.W. Grainger Inc. and Matt Olson, Ann Crilly and Shannon Mussa*, Case No. LACV143108, is currently pending in the District Court in and for Black Hawk County, Iowa.

19. Consistent with Local Rule 81, Defendants are providing the names of counsel and the law firms that have appeared in the state court action, with their office addresses, telephone numbers, facsimile numbers, and email addresses, and the names of the parties they represent (*see* Exhibit D – List of Counsel). Specifically, Plaintiff is represented by Christopher Stewart, Gribble, Boles, Stewart & Witosky Law, 2015 Grand Ave., Ste. 200, Des Moines, IA 50312, telephone: (515) 235-0551, facsimile: (515) 243-3696, and email: cstewart@gbswlaw.com. Defendants are represented by Christine Bestor Townsend, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 1243 N. 10th Street, Suite 200, Milwaukee, WI 53205, telephone: (414) 239-6413, facsimile: (414) 755-8289, email: christine.townsend@ogletreedeakins.com; and Henry F, Galatz, W.W. Grainger, Inc., 100 Grainger Parkway, Lake Forest, IL, 60045, telephone (847) 535-1555, Galatz.H@grainger.com

**ACCORDINGLY,** Defendants respectfully request that the above-entitled action now commenced against them in the District Court of Black Hawk County, Iowa be removed to this Court.

Dated this 19th day of August, 2021.

                                      Respectfully submitted,

                                      OGLETREE, DEAKINS, NASH,
                                      SMOAK & STEWART, P.C.

                                      s/ Christine E. Bestor Townsend
                                      Christine Bestor Townsend
                                      Iowa Bar Number AT0012175
                                      1243 N. 10th Street, Suite 200
                                      Milwaukee, WI 53205
                                      Telephone: 414-239-6413
                                      Facsimile: (414) 755-8289
                                      E-Mail: Christine.townsend@ogletree.com

                                      s/ Henry F. Galatz
                                      Henry F. Galatz, *Pro Hac Vice To Be Filed*

W.W. Grainger, Inc.
100 Grainger Pkwy.
Lake Forest, IL 60045
Telephone: (847) 535-1555
Email: Galatz.H@grainger.com

**ATTORNEYS FOR DEFENDANTS**

# PROOF OF SERVICE

The undersigned certifies that the foregoing was served upon the parties to this action by serving a copy upon each of the attorneys listed below on August 19, 2021, by

☐ U.S. Mail   ☐ Fax

☐ Hand Delivered   ☒ Electronic Mail

☐ FedEx/Overnight Carrier   ☐ CM/ECF

cstewart@gbswlaw.com
Christopher Stewart
Gribble, Boles, Stewart & Witosky Law
2015 Grand Avenue, Suite 200
Des Moines, IA  50312

Signature: s/Christine Bestor Townsend
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

48042346.1